ORDERED.

Dated: September 16, 2021

_Catherine M. Ewen_
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 13 |
| Travis Carter, | Case No. 8:21-bk-03826-CPM |
| _____Debtor._____/ | |

### ORDER TO SHOW CAUSE TO ATTORNEY MICHAEL A. ZIEGLER

THIS CASE came on for consideration upon the Court's own motion. The record reflects that on July 22, 2021, attorney Michael A. Ziegler filed a voluntary petition for relief under chapter 13 on behalf of the Debtor, Travis Carter. In a prior case, Case No. 8:19-bk-11633-CPM, in which the Debtor proceeded pro se, the Court entered an order (the "Bar Order") identifying the Debtor as an abusive serial filer and barring him from filing another bankruptcy case prior to August 31, 2023. The Bar Order makes a limited exception, however, and permits a filing prior to August 31, 2023, *if* the Debtor is represented by counsel *and* the petition is accompanied by (1) the full filing fee, (2) all schedules and other required documents, and (3) a motion for relief from the Bar Order. The current filing violated the Bar Order because although the petition was filed by an attorney, it failed to comply with any of the three additional requirements just described.

Moreover, on page 3 of the Voluntary Petition (Doc. No. 1), in response the question, "Have you filed for bankruptcy within the last eight years?" the answer given is "No." However, the Debtor has, in fact, filed three prior bankruptcy cases since May of 2019. On September 14, 2021, the Debtor filed a Motion to Impose the Automatic Stay (Doc. No. 20), which makes direct reference to the Debtor's three prior filings, as well as the Bar Order. Yet, Mr. Ziegler failed to amend the Debtor's Voluntary Petition to disclose these prior filings. And, although by the time the Motion to Impose the Automatic Stay was filed, the Debtor had filed the missing schedules and plan and paid the delinquent filing fee (all of which were required to be done *with the initial filing* per the Bar Order), no motion for relief from the Bar Order has been filed to date.

Accordingly, it is

**ORDERED** that attorney Michael A. Ziegler is directed to appear before the Court on October 20, 2021, at 3:00 p.m., in Courtroom 8B, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, Florida, to show cause why the Court should not (1) find Mr. Ziegler in contempt for filing the current case in violation of the Bar Order and for failing to disclose the Debtor's prior filings in the petition and (2) order Mr. Ziegler to disgorge any fees he received from the Debtor in connection with this case and impose additional appropriate sanctions.

The Clerk is directed to serve a copy of this order on the Debtor, Michael A. Ziegler, and Nathan A. Wheatley, counsel for the United States Trustee.