ORDERED.

Dated:  September 16, 2021

_Catherine M. McEwen_
Catherine Peek McEwen
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
www.flmb.uscourts.gov

In re:

  Travis Carter,

      Debtor.
_____/

Case No. 8:21-bk-03826-CPM

Chapter 13

### ORDER STRIKING PETITION, DISMISSING CASE, AND CONFIRMING NO AUTOMATIC STAY IS IN EFFECT

THIS CASE came on for consideration on the Court's own motion to determine the entry of an appropriate order.  On January 14, 2020, the Court entered an order (the "Bar Order") in Case No. 8:19-bk-11633-CPM (Doc. No. 18) that find the Debtor is an abusive serial filer and bars him from filing for bankruptcy relief anywhere in the world prior to January 9, 2022.  The Bar Order states that, notwithstanding the bar, the Debtor may file a case prior to January 9, 2022, "*if* the Debtor is represented by counsel *and* the petition is accompanied by the full filing fee, all schedules and other required documents, and a motion for relief from this bar order." (Emphasis in original.)  The Bar Order further provides that "although no stay will go into effect upon the filing of such case, Debtor's counsel may file a motion to impose the automatic stay for the Court's consideration."

The Debtor filed the current case on July 22, 2021. Because the Debtor never filed a statement of social security number in the case in which the Bar Order was entered and the petition in the current case fails to identify any prior filings within the past 8 years (*see* Voluntary Petition (Doc. No. 1, at page 3), this case was not flagged as having been filed by a barred debtor. On September 14, 2021, Debtor's counsel filed a Motion to Impose Automatic Stay (Doc. No. 20), which motion references the Bar Order. However, relief from the Bar Order was never requested. Moreover, the current case, although filed with the assistance of counsel, was filed as a "bare bones" petition, meaning it was not accompanied by payment of the filing fee or schedules or other required documents. Nor was it accompanied by a motion for relief from the Bar Order. Thus, it was filed in violation of the bar order.

Accordingly, it is

**ORDERED:**

1. The bankruptcy petition filed in Case No. 8:21-bk-03826-CPM is stricken retroactive to July 22, 2021.

2. This case is dismissed with no debts having been discharged and with no automatic having gone into effect.

3. The Court reserves jurisdiction to consider the Order to Show Cause to Attorney Michael A. Ziegler.

4. The Clerk's Office is directed to close this case.

5. **If the Debtor files another bankruptcy in violation of the Bar Order, the Court will enter an order to show cause why the Debtor should not be held in contempt and why the Court should not impose appropriate sanctions.**

The Clerk is directed to serve a copy of this order on the Debtor and interested parties who do not receive service via CM/ECF.