[8ostkclsd] [ORDER STRIKING]

ORDERED.

**Dated: September 17, 2021**

Catherine M. McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                              Case No.
                                                                   8:21–bk–03826–CPM
                                                                   Chapter 13

Travis Carter

_____Debtor*_____/

### _ORDER STRIKING MOTION FOR RELIEF FROM FILING BAR AND MOTION TO IMPOSE THE AUTOMATIC STAY_

   THIS CASE came on for consideration of the Motion for Relief from Filing Bar and Motion to Impose the Automatic Stay (Doc. No. 24 ) filed by the debtor on September 16, 2021 . The Court considered the record and finds that the above–named case is closed and, therefore, this Court has no jurisdiction to consider the matter filed unless the case is reopened upon a properly filed motion. Accordingly, it is

   **ORDERED** that the Motion for Relief from Filing Bar and Motion to Impose the Automatic Stay filed by the debtor is stricken.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.